# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146049(52)

GREENVILLE MANUFACTURING, L.L.C.,
   Plaintiff-Appellant,

v

            SC: 146049
            COA: 304229
NEXTENERGY CENTER,    Wayne CC: 09-020090-CK
   Defendant-Appellee.

_____/

   On order of the Court, the motion for reconsideration of this Court's March 4, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013


            Clerk

d0722